United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 15-16783-AJC
Luis G. Sosa                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: rodriguez          Page 1 of 2          Date Rcvd: Dec 23, 2015
                              Form ID: CGFD26          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2015.
```
db           +Luis G. Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
smg           Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallhassee, FL 32314-6668
md            Annette Cannon,    103 7th Terrace Dilido Island,    Miami Beach, FL  33139
cr           +Space Coast Credit Union,    Blaxberg, Grayson & Kukoff, P.A.,    c/o Alexis S. Read, Esq.,
               25 SE Second Avenue, Suite 730,    Miami, FL 33131-1696
92984668     +100 Cambridge Street,    Suite 1600,    Boston, MA 02114-2518
92945700     +AES/EDSOUTH,    POB 61047,    Harrisburg, PA 17106-1047
92945701     +American Advisors Group,    14701 N.W. 77 Avenue,    Miami Lakes, FL 33014-2500
92945702    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2238)
92945704     +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
92945705     +Blaxberg, Grayson, Kukoff & Twombly P.A.,    Ingraham Building,    25 S.E. 2nd Avenue, Suite 730,
               Miami, FL 33131-1696
93090361      Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
92945706      Capitol One/Best Buy,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
92945707     +Educational Funding of T,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0432
92945708      Exploria Resorts,    17805 US-192,    Clermont, FL 34714
92945711     +Mariela Sosa,    9122 N.W. 113 Street,    Hialeah Gardens, FL 33018-4563
92945710     +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
92945714     +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah, FL 33018-4563
92945717      Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
92945721      The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
92945722     +Wells Fargo Card Service,    Credit Bureau Dispute Resolution,    PO Box 14517,
               Des Moines, IA 50306-3517
93191061     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
92945709     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 24 2015 00:01:08     Kohls Department Store,
               P.O. Box 3115,    Milwaukee, WI 53201-3115
93180664      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2015 00:09:48
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
92945720      E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2015 00:09:30     SYNCB/Wal-Mart,    P.O. Box 965024,
               Orlando, FL 32896-5024
92945719     +E-mail/Text: collbknotices@sccu.com Dec 24 2015 00:01:53     Space Coast Credit Union,
               8045 N. Wickham Rd.,    Melbourne, FL 32940-7920
93176291      E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2015 00:08:34     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92945703*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P. O. Box 982238,    El Paso, TX 79998-2238)
92945712*    +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
92945713*    +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
92945715*    +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
92945716*    +Mariela Sosa,    9122 N.W. 113th Street,    Hialeah Gardens, FL 33018-4563
92945718*     Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
                                                                                  TOTALS: 0, * 6, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2015                                          Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: rodriguez              Page 2 of 2                  Date Rcvd: Dec 23, 2015
                              Form ID: CGFD26              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2015 at the address(es) listed below:
              Alexis S Read    on behalf of Creditor    Space Coast Credit Union alexis.read@blaxgray.com,
               read.assistant@blaxgray.com
              Annie   Hernandez    on behalf of Debtor Luis G. Sosa AHERNANDEZ@LSGMI.ORG
              Carolina A Lombardi    on behalf of Debtor Luis G. Sosa CLombardi@legalservicesmiami.org,
               Sfreire@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Jacqueline C Ledon    on behalf of Debtor Luis G. Sosa jledon@lsgmi.org,
               crodriguez@lsgmi.org;ozaribaf@lsgmi.org
              Nancy K. Neidich    e2c8f01@ch13herkert.com,   ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

CGFD26 (04/30/15)



ORDERED in the Southern District of Florida on December 23, 2015

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 15−16783−AJC**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luis G. Sosa
9122 N.W. 113th Street
Hialeah Gardens, FL 33018

SSN: xxx−xx−9364

## ORDER CONFIRMING CHAPTER 13 PLAN

     This cause came before the court on 12/15/2015 for confirmation of the debtor's proposed Third Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following April 15, 2015, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

*Page 3 of 3*