UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 15-16783-AJC
    LUIS G. SOSA                                            Chapter 13

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2015 a true and correct copy of the Order Continuing Hearing on Space Coast Credit Union's Motion for Relief from Stay and Co-Debtor to Enforce Final Judgment of Foreclosure [D.E. 77] was served via electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to:

| | |
|---|---|
| Luis G. Sosa<br>9122 N.W. 113th Street<br>Hialeah Gardens, FL 33018 | Mariela Sosa<br>9122 N.W. 113th Street<br>Hialeah Gardens, FL 33018 |
| Annie Hernandez, Esq.<br>*Counsel for Debtor*<br>3000 Biscayne Blvd # 500<br>Miami, FL 33137<br>ahernandez@lsgmi.org | Nancy K. Neidich<br>*Chapter 13 Trustee*<br>POB 279806<br>Miramar, FL 33027<br>e2c8f01@ch13herkert.com |
| U.S. Trustee - Office of the US Trustee<br>51 S.W. 1st Ave, Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov | |

**BLAXBERG, GRAYSON & KUKOFF P.A.**
*Attorneys for Space Coast Credit Union*
25 SE Second Avenue, Suite 730
Miami, Florida  33131
Phone: (305) 381-7979 x 317
Fax:    (305) 371-6816
E-mail:alexis.read@blaxgray.com

By:     /s/ Alexis S. Read_____
      Alexis S. Read, Esq.
      Fla. Bar No. 98084