UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Luis G. Sosa                                                         Case No.15-16783-AJC
                                                                                              Chapter 7

_____Debtor (s)_____/

**NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7 CASE**

Pursuant to 11 U.S.C. 1307(a), debtor Luis G. Sosa voluntarily converts this case to a case under Chapter 7 of the Bankruptcy Code, requests an Order converting the case from a Chapter 13 case to a Chapter 7 case, and states as follows:

1.  On April 15, 2015, the debtor filed a Voluntary Petition for Chapter 13 bankruptcy.

2.  This case has not been previously converted.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: 305-438-2427
Facsimile: 305-573-5800
Email:  CLombardi@legalservicesmiami.org
Alt.: PBerrios@legalservicesmiami.org